**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

| | |
|---|---|
| In re:<br><br>     JOSEPH DENVER LAWRENCE, SR,<br>Address:  2001 LAKEVIEW AVE. APT S<br>     RICHMOND, VA 23220<br><br>     Debtor(s).<br><br>LAKEVIEW LOAN SERVICING, LLC.<br>     Plaintiff,<br><br>v.<br><br>JOSEPH DENVER LAWRENCE, SR,<br>Debtor(s)<br>CARL M. BATES<br>Trustee<br>     Defendants. | CASE NO: 19-35789-KRH<br><br>CHAPTER 13 |

## NOTICE OF WITHDRAWAL

Movant, Lakeview Loan Servicing, LLC., by and through Counsel, hereby withdraws its Motion for Relief from Stay filed on October 16, 2020 (D.E. 20).

Lakeview Loan Servicing, LLC.,

By: /s/ M. Christine Maggard
Of Counsel

M. Christine Maggard, VSB# 33824
Brock & Scott, PLLC
8757 Red Oak Blvd., Suite 150
Charlotte, NC 28217
christine.maggard@brockandscott.com
Counsel for the Movant

## **CERTIFICATE OF SERVICE**

The foregoing Notice was endorsed by and/or served upon all necessary parties pursuant to Local Rules by electronic notification and/or U.S. First Class Mail, postage pre-paid.

James E. Kane
1313 East Cary Street
P.O. Box 508
Richmond, VA 23218-0508
*Counsel for Debtor*

JOSEPH DENVER LAWRENCE, SR
2001 LAKEVIEW AVE. APT S
RICHMOND, VA 23220
*Debtor*

Carl M. Bates
P. O. Box 1819
Richmond, VA 23218
*Trustee*

/s/ M. Christine Maggard
M. Christine Maggard, VSB# 33824
Brock & Scott, PLLC
8757 Red Oak Blvd., Suite 150
Charlotte, NC 28217
christine.maggard@brockandscott.com
*Counsel for the Movant*